UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Cause No. | 1:21-cr-00116-JRS-MKK |
| | ) | | |
| CHRISTOPHER CRAIG, | ) | | - 01 |
| | ) | | |
| Defendant. | ) | | |

**REPORT AND RECOMMENDATION**

On September 2, 2025, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on July 2, 2025. Defendant Craig appeared in person with appointed counsel from the Federal Community Defenders Leslie Wine. The Government appeared by Assistant United States Attorney Lindsay E. Karwoski. U.S. Probation appeared by Officer Dylan Lybarger.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.  The Court advised Defendant Craig of his rights and provided him with a copy of the Petition. Defendant Craig orally waived his right to a preliminary hearing.

2.  After being placed under oath, Defendant Craig admitted to violation number 1.

3.  The allegations to which Defendant admitted, as fully set forth in the Petition, are:

**Violation Number**   **Nature of Noncompliance**

1   **"You shall not commit another federal, state, or local crime."**

On June 23, 2025, Mr. Craig was arrested and charged with Public Intoxication, misdemeanor. On June 25, 2025, it was determined by the Marion County, IN, Prosecutor, that Mr. Craig had a previous felony

        conviction; therefore, a charge of Unlawful Possession of a Firearm by a Felon, felony, was added and the Public Intoxication was not filed under cause number: 49D29-2506-F4-019339. At this time, he remains in custody at the Marion County Jail on a $15,000 cash bond. He will be subject to GPS Home Detention if bond is posted and he is released. Per the probable cause affidavit, Indianapolis Metropolitan Police Department (IMPD) received a phone call from an Ivy Tech employee stating a male was walking around and pulling on doors. The caller also stated he appeared to be intoxicated and have a gun on him. IMPD officers arrived on scene and determined the male was intoxicated. It was later discovered he did indeed have a Walther 9mm handgun on his person. When officers informed Mr. Craig his car was being towed due to his intoxication level, he became passive aggressive which led to him being arrested on for public intoxication.

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is V.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 18 to 24 months of imprisonment.

5. Counsel argued separately regarding the proper disposition. Probation was also given an opportunity to be heard.

6. The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a) to the extent deemed appropriate by 18 U.S.C. § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions in the Petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or her designee for a period of 20 months with no federal supervised release to follow. This recommended sentence is to be served consecutively to a sentence Defendant received in state court for the conduct underlying violation number 1. The Magistrate Judge makes a recommendation of placement at FCI Greenville (Illinois). Defendant Craig is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

7. The Parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 9/3/2025

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system